UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAUL DAVIS,

    Plaintiff,

v.                                             Case No. 5:11-cv-637-Oc-10TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Extension of Time (Doc. 16). Upon due consideration, the motion is GRANTED, Plaintiff shall have 30 additional days, until April 27, 2012 within to file his brief and the Defendant shall also have 30 additional days to file his brief.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 21, 2012.

Copies to all Counsel

THOMAS B. SMITH
United States Magistrate Judge