UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAUL DAVIS,

    Plaintiff,

v.                                Case No. 5:11-cv-637-Oc-10TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

Pending before the Court is the Commissioner's Unopposed Motion for New Scheduling Order (Doc. 18). The Court is not sure if the Commissioner realizes that he was given an enlargement of time in this Court's Order dated March 21, 2012 (Doc. 17). Regardless, the pending motion is GRANTED and the Commissioner shall have 60 days from the filing of the Plaintiff's brief within to file the Commissioner's brief.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 2, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel